| | |
|---|---|
| 1 | RAYMOND W. BERTRAND (SB# 220771) |
| | raymondbertrand@paulhastings.com |
| 2 | BLAKE R. BERTAGNA (SB# 273069) |
| | blakebertagna@paulhastings.com |
| 3 | PAUL HASTINGS LLP |
| | 4747 Executive Drive |
| 4 | 12th Floor |
| | San Diego, CA  92121 |
| 5 | Telephone:  (858) 458-3000 |
| | Facsimile:  (858) 458-3005 |
| 6 | |
| 7 | Attorneys for Defendant |
| | BARCLAYS CAPITAL INC. (erroneously identified |
| 8 | in the caption as Barclays Capital) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | JON PAUL JAVELLANA, an individual; and KENNETH RO, an individual, | CASE NO. 2:11-cv-07437-PSG (SSx) |
| 13 | | **DEFENDANT BARCLAYS CAPITAL INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS** |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | DEUTSCHE BANK SECURITIES INC., a Delaware corporation; BARCLAYS CAPITAL, a Connecticut corporation; and DOES 1-50, inclusive, | |
| 17 | | |
| 18 | Defendants. | |

1  TO THE COURT, PLAINTIFFS JON PAUL JAVELLANA AND KENNETH RO, AND THEIR ATTORNEYS OF RECORD JASON S. KIM, ESQ., LINDA M. TOUTANT, ESQ., CAROLYNN BECK, ESQ. OF MARGOLIS & TISMAN LLP:

Pursuant to Central District, Local Rule 83-1.4, Defendant Barclays Capital Inc. discloses that it is not aware of any actions pending before different federal and state courts that involve all or a material part of the subject matter of this action within the meaning of Local Rule 83-1.4.

DATED:  September 15, 2011	RAYMOND W. BERTRAND
BLAKE R. BERTAGNA
PAUL HASTINGS LLP


By: */s/ Raymond W. Bertrand*
RAYMOND W. BERTRAND

Attorneys for Defendant
BARCLAYS CAPITAL INC.

LEGAL_US_W # 69050279.1