SULLIVAN & WORCESTER LLP
Andrew T. Solomon (Pro Hac Vice)
1290 Avenue of the Americas, 29 Fl.
New York, NY 10104
Tel: (212) 660-3000
Fax: (212) 660-3001

E-FILED 10/5/11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PAUL JAVELLANA, an individual; and KENNETH RO, an individual<br>Plaintiff(s)<br>v.<br>DEUTSCHE BANK SECURITIES INC., a Delaware corporation; et al.,<br>Defendant(s). | CASE NUMBER:<br>LACV11-7437-PSG(SSx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Andrew T. Solomon</u>, of <u>Sullivan & Worcester LLP, 1290 Avenue of the Americas, New York, NY 10104</u>
   *Applicant's Name*       *Firm Name / Address*

<u>(212) 660-3000</u>       <u>asolomon@sandw.com</u>
*Telephone Number*       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant
☐ Intervener or other interested person <u>Deutsche Bank Securities Inc.</u>

and the designation of <u>K.C. Maxwell (State Bar No. 214701)</u>
       *Local Counsel Designee /State Bar Number*

of <u>Law Office of K.C. Maxwell, 115 Sansome Street, Suite 1204, San Francisco, CA 94104</u>
       *Local Counsel Firm / Address*

<u>(415) 322-8817</u>       <u>kcm@kcmaxlaw.com</u>
*Telephone Number*       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated <u>10/5/11</u>       **PHILIP S. GUTIERREZ**
       U. S. District Judge/U.S. Magistrate Judge