E-FILED 10/24/11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PAUL JAVELLANA, an individual; and KENNETH RO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware corporation; BARCLAYS CAPITAL INC., a Connecticut corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO. LACV 11-7437 PSG(SSX)**<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO STAY CASE PENDING ARBITRATION** |

---

[PROPOSED] ORDER RE STIPULATION TO STAY
CASE PENDING ARBITRATION

Printed on Recycled Paper

Pursuant to the parties' Stipulation to Stay Case Pending Arbitration and for good cause shown, IT IS HEREBY ORDERED that

1. Plaintiffs' claims shall be arbitrated before FINRA; and
2. This action shall be stayed pending the completion of arbitration of Plaintiffs' claims before FINRA; and
3. All pending deadlines shall be held in abeyance until addressed by a further order of this Court.

**SO ORDERED.**

October 24, 2011

**PHILIP S. GUTIERREZ**
Hon. Phillip S. Guiterrez

LEGAL_US_W # 69333745.1